IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD MILLIONES,

   Plaintiff,

  v.

FULTON COUNTY GOVERNMENT,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-3321-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 6]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 6] is GRANTED in part and DENIED in part.

SO ORDERED, this 5 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Milliones\r&r.wpd